IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY A. THORSON**                                                                                    **PLAINTIFF**

V.                                               **2:21CV00041 JM**

**USA; FEDERAL BUREAU OF
PRISONS; FCI FORREST CITY LOW**                                              **DEFENDANTS**

## ORDER

On April 27, 2021, this Court entered an Order warning Thorson that he had until Monday, July 19, 2021 to file proof of service or risk dismissal for failure to serve summons and complaint. (Doc. 2) The Court further explained Thorson's responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2). Thorson did not comply with that Order as no proof of service had been filed and the time to do so has passed. His complaint is, therefore, dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 4(m).

An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE