# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**COREY A. THORSON**                                                    **PLAINTIFF**

**V.**                        **2:21CV00041 JM**

**USA; FEDERAL BUREAU OF
PRISONS; FCI FORREST CITY LOW**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of July, 2021.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE